UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

B.G. MOORE

    Plaintiff,

-vs-

DEXTER JOHN DOUGLAS

    Defendant.
_____/

CIVIL NO: 1:07-cv-01151-PLF

PROOF OF EXECUTION OF SERVICE OF SUMMON AND COMPLAINT; AFFIDAVIT OF SERVICE

RECEIVED
AUG - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff B.G. Moore appearing propria persona provides proof of execution of service of the complaint and summons by third party. Hereto attached is the Affidavit of Services.

Dated: August 8, 2007

Respectfully submitted,

By _____
B.G. Moore
4849 Connecticut Ave, NW #631
Washington, D.C. 20008

- 1 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

B.G. MOORE

        Plaintiff,

-vs-

DEXTER JOHN DOUGLAS

        Defendant.

CIVIL NO: 1:07-cv-01151-PLF

### AFFIDAVIT OF SERVICE

I, Charles E. Black, hereby declare that on the 12th day of July, 2007, I mailed a copy of the summon and complaint, certified mail return receipt requested, to Dexter John Douglas. Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dexter Douglas
4001 N.W. 122nd Street
Apt. 1138
Oklahoma City, OKLa.
73120

2. Article Number (Transfer from service label)  7007 0220 0004 5028 4290

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Dexter Douglas   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RESTRICTED DELIVERY — JUL 16 2007 — 73120 USPS OKLAHOMA

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

*Charles E. Black*
Charles E. Black
1844 Victoria Avenue #13
Los Angeles, CA 90019
985-351-9349

- 1 -

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

B.G. Moore
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Dexter John Douglas
    Defendant.

Case: 1:07-cv-01151
Assigned To : Friedman, Paul L.
Assign. Date : 6/27/2007
Description: PI/MALPRACTICE

TO: (Name and address of Defendant)

Dexter John Douglas
4001 NW 122nd Street, Apt. 1138
Oklahoma City, OK 73120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~(attorney)~~ (name and address)

B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, DC 20008

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                     JUN 27 2007

CLERK                                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | July 12, 2007 |
| NAME OF SERVER *(PRINT)* Charles Black | TITLE Services of process |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summson and compliant was served by certified mail Return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  Ø | TOTAL  Ø |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 12, 2007        Charles E Black
                Date                   Signature of Server

1844 Victoria Ave #13, Los Angeles, CA 90019
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that, mailed a true and correct copy of the attached PROOF OF EXECUTION OF THE SUMMON AND COMPLAINT by depositing it in the United States Mail in a sealed envelope with postage prepaid to the following:

Dexter John Douglas,

4001 N.W. 122nd Street #1138,

Oklahoma City, OK 73129

Mailed: at Washington, D.C.

Executed on August 8, 2007, at Washington, D.C.

B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, D.C. 20008

- 2 -