Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

B.G. MOORE
      Plaintiff(s)

Civil Action No. 07-1151 PLF

      v.

DEXTER JOHN DOUGLAS
      Defendant(s)

RE: DEXTER JOHN DOUGLAS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 7/16/07, and an affidavit on behalf of the plaintiff having been filed, it is this 14th day of August, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Tawana Davis
Deputy Clerk