UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

B.G. MOORE

    Plaintiff,

-vs-

DEXTER JOHN DOUGLAS

    Defendant.
_____/

CIVIL NO: 1:07-cv-01151-PLF

MOTION TO REQUEST CLERK TO
ENTER DEFAULT PURSUANT TO
FED.R.CIV.P. 55(a)(1)

    Plaintiff B.G. Moore appearing propria persona to ask the Clerk to enter default against Defendant Dexter John Douglas for not answer the summons and complaint within 20 days after service of the summons on defendant under the rule. Hereto attached is the Affidavit in support of the motion to request the Clerk to enter default pursuant to Fed.R.Civ.P. 55(a)(1).

Dated: August 13, 2007

Respectfully submitted,

By _____
B.G. Moore
4849 Connecticut Ave, NW #631
Washington, D.C. 20008

**RECEIVED**

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

B.G. MOORE                                          CIVIL NO: 1:07-cv-01151-PLF
    Plaintiff,

-vs-

DEXTER JOHN DOUGLAS
    Defendant.
_____/

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 13th day of August, 2007, that I am the pro se plaintiff in the above-entitled case; that the Defendant Dexter John Dexter was served via First Class Mail pursuant to provisions of Rule 4(c)(ii) of the Federal Rules of Civil Procedure on July 16, 2007.

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the pro se plaintiff; no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said Defendant Dexter John Douglas.

_____
B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, D.C. 20008

JURY, PROSE-NP, TYPE-B

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01151-PLF

MOORE v. DOUGLASS  
Assigned to: Judge Paul L. Friedman  
Demand: $500,000  
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 06/27/2007  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity

### Plaintiff
**B.G. MOORE**                                   represented by **B.G. MOORE**  
4849 Connecticut Avenue, NW  
Suite 631  
Washington, DC 20008  
(202) 362-2641  
PRO SE

V.

### Defendant
**DEXTER JOHN DOUGLASS**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2007 | 1 | COMPLAINT against DEXTER JOHN DOUGLASS ( Filing fee $ 350, receipt number 4616005159) filed by B.G. MOORE. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 07/02/2007) |
| 06/27/2007 |   | Summons (2) Issued as to DEXTER JOHN DOUGLASS. (jf, ) (Entered: 07/02/2007) |
| 07/09/2007 | 2 | AMENDED COMPLAINT against DEXTER JOHN DOUGLASS filed by B.G. MOORE.(td, ) (Entered: 07/10/2007) |
| 08/08/2007 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEXTER JOHN DOUGLASS served on 7/16/2007, answer due 8/6/2007 (td, ) (Entered: 08/10/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/11/2007 09:25:39 | | | |
| PACER Login: | bm2715 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-01151-PLF |
| Billable Pages: | 1 | Cost: | 0.08 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that, mailed a true and correct copy of the attached PROOF OF EXECUTION OF THE SUMMON AND COMPLAINT by depositing it in the United States Mail in a sealed envelope with postage prepaid to the following:

Dexter John Douglas,

4001 N.W. 122nd Street #1138,

Oklahoma City, OK 73129

Mailed: at Washington, D.C.

Executed on August 13, 2007, at Washington, D.C.

B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, D.C. 20008