UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B.G. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1151 (PLF) |
| DEXTER JOHN DOUGLAS, | ) |
| Defendant. | ) |

ORDER

On August 8, 2007, plaintiff filed an affidavit of service with respect to defendant Dexter John Douglas. The Clerk entered default against this defendant on August 13, 2007. Plaintiff has not yet filed a motion for entry of default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall file a motion for entry of default judgment on or before September 4, 2007.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 17, 2007