UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B.G. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1151 (PLF) |
| DEXTER JOHN DOUGLAS, | ) |
| Defendant. | ) |

ORDER

The Court has before it plaintiff's Motion for Entry of Default Judgment. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant via certified mail on July 16, 2007. An affidavit of said service has been filed with the Court. On August 13, 2007 the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Defendant is not an infant or incompetent person. Plaintiff seeks a default judgment of $50,000, including compensatory and punitive damages. Upon consideration of the foregoing, it is hereby

ORDERED that defendant show cause by January 4, 2008 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: November 20, 2007