UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

B.G. MOORE                                    CIVIL NO: 1:07-cv-01151-PLF
       Plaintiff,

-vs-

DEXTER JOHN DOUGLAS
       Defendant.

_____/

RECEIVED
FEB - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SUPPLEMENT TO THE PREVIOUSLY FILED MOTION FOR
FOR DEFAULT JUDGMENT BY COURT**

    Plaintiff B.G. Moore moves the Court for default judgment as to Defendant Dexter John Douglas upon the amended complaint hereto filed and served upon the defendant, in accordance with the provision of Rule 55(b)(2) of the Federal rules Civil Procedure. The Court on November 20, 2007 entered an order that defendant show cause by January 4, 2008 why the Court should not enter a default judgment in favor of the plaintiff. Consequently, the defendant has failed to comply with the Court show cause order entered on November 20, 2007. Notwithstanding <u>more than 30 days from January 4, 2008 filing deadline for the defendant to file show cause why the Court should not enter a default judgment in favor of the plaintiff has since past</u>. Subsequently, defendant has failed to show cause why the Court should not enter a default judgment in favor of the plaintiff.

For the foregoing reasons Plaintiff B.G. Moore request the Court enter a default judgment in the amount of $50,000 against defendant Dexter John Douglas in the above-entitled action.

Dated: February 5, 2008                                    Respectfully submitted,

By _____
B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, D.C. 20008
(202) 362-2641

In Pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B.G. MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEXTER JOHN DOUGLAS,<br><br>　　　　　Defendant. | Civil Action No. 07-1151 (PLF) |

## ORDER

The Court has before it plaintiff's Motion for Entry of Default Judgment. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant via certified mail on July 16, 2007. An affidavit of said service has been filed with the Court. On August 13, 2007 the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Defendant is not an infant or incompetent person. Plaintiff seeks a default judgment of $50,000, including compensatory and punitive damages. Upon consideration of the foregoing, it is hereby

ORDERED that defendant show cause by January 4, 2008 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　United States District Judge

DATE: November 20, 2007

JURY, PROSE-NP, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:07-cv-01151-PLF

MOORE v. DOUGLASS  
Assigned to: Judge Paul L. Friedman  
Demand: $500,000  
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 06/27/2007  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity

**Plaintiff**

B.G. MOORE                    represented by    B.G. MOORE  
4849 Connecticut Avenue, NW  
Suite 631  
Washington, DC 20008  
(202) 362-2641  
PRO SE

V.

**Defendant**

**DEXTER JOHN DOUGLASS**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2007 | 1 | COMPLAINT against DEXTER JOHN DOUGLASS (Filing fee $ 350, receipt number 4616005159) filed by B.G. MOORE. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 07/02/2007) |
| 06/27/2007 | | Summons (2) Issued as to DEXTER JOHN DOUGLASS. (jf, ) (Entered: 07/02/2007) |
| 07/09/2007 | 2 | AMENDED COMPLAINT against DEXTER JOHN DOUGLASS filed by B.G. MOORE.(td, ) (Entered: 07/10/2007) |
| 08/08/2007 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEXTER JOHN DOUGLASS served on 7/16/2007, answer due 8/6/2007 (td, ) (Entered: 08/10/2007) |
| 08/13/2007 | 4 | Clerk's ENTRY OF DEFAULT as to DEXTER JOHN DOUGLASS (td, ) (Entered: 08/14/2007) |
| 08/13/2007 | 5 | AFFIDAVIT FOR DEFAULT by B.G. MOORE. (ztd, ) (Entered: 08/14/2007) |
| 08/17/2007 | 6 | ORDER that plaintiff shall file a motion for entry of default judgment on |

| | | |
|---|---|---|
| | | or before September 4, 2007. Signed by Judge Paul L. Friedman on August 17, 2007. (MA) (Entered: 08/17/2007) |
| 08/17/2007 | | Set/Reset Deadlines: Plaintiff's motion for entry of default judgment due by 9/4/2007. (mm) (Entered: 08/20/2007) |
| 08/31/2007 | 7 | MOTION for Default Judgment by B.G. MOORE (Attachments: # 1 Exhibit)(jf, ) (Entered: 09/07/2007) |
| 11/20/2007 | 8 | ORDER that defendant show cause by January 4, 2008 why the Court should not enter a default judgment in favor of the plaintiff. Signed by Judge Paul L. Friedman on November 20, 2007. (MA) (Entered: 11/20/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/03/2008 09:19:32 | | | |
| PACER Login: | bm2715 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-01151-PLF |
| Billable Pages: | 1 | Cost: | 0.08 |

https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?129586277689471-L_195_0-1      2/3/2008

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that, mailed a true and correct copy of the attached Supplement to the previously filed Motion for Default Judgment by Court by depositing it in the United States Mail in a sealed envelope with postage prepaid to the following:

Dexter John Douglas
4001 N.W. 122nd Street #1138
Oklahoma City, OK 73129


Mailed: at Washington, D.C.

Executed on February 5, 2008

B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, D.C. 20008