UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

B.G. MOORE
       Plaintiff,

CIVIL NO: 1:07-cv-01151-PLF

-vs-

DEXTER JOHN DOUGLASS
       Defendant.

_____/

RECEIVED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO DISMISS

Plaintiff B.G. Moore appearing propria persona moves the Court to dismiss the above-entitled action without perjury. This motion is based on the records and files herein.

Dated: February 26, 2008

Respectfully submitted,

By_____
B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, D.C. 20008
202-362-2641

## Certificate of Service

I, the undersigned, certify and declare that, mailed a true and correct copy of the attached Motion to Dismiss by depositing it in the United States Mail in a sealed envelope with postage prepaid to the following:

Dexter John Douglass,
4001 N.W. 122nd Street #1138
Oklahoma City, OK 73129

Mailed at: Washington, D.C.

Executed on March 12, 2008 at Washington, D.C.

B.G. Moore
4849 Connecticut Avenue, NW #631
Washington, D.C. 20008
202-362-2641